FILED

January 05, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003995788

ALLAYE CHAN LAW GROUP
Richard Allaye Chan, SBN: 176416
Patricia C. Chapman, SBN: 238097
1000 G Street, Suite 220
Sacramento, CA 95814
Tel: (916) 446-4400

Attorneys for Debtor
TRACY MACNEIL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In re:

TRACY MACNEIL,

       Debtor.

) Case No.: 10-48727
)
) Chapter 7
)
) DCN: RAC - 03
)
)
)
) **TRACY MACNEIL DECLARATION IN**
) **SUPPORT OF MOTION FOR ORDER**
) **COMPELLING TRUSTEE TO ABANDON**
) **DEBTOR'S BUSINESS AS AN ASSET OF**
) **ESTATE [11 USCS §§ 554(b), 721 ]**
)
)
)
) Date: February 7, 2012
) Time: 9:32 a.m.
) Courtroom: 32, 6th Floor
) Honorable Judge Thomas C. Holman
)
)
)
)

## TRACY MACNEIL DECLARATION

I, TRACY MACNEIL, in support of the instant Motion, hereby declare under penalty of

perjury under the laws of the State of California the following:

1. I have personal knowledge of this declaration herein, and I am willing and competent to testify thereto if called upon to do so.

2. I am a resident of the State of California, Sacramento County, and I am a debtor in the above-referenced Chapter 7 bankruptcy. I am aware that the Chapter 7 trustee has a duty to liquidate all assets of the estate for purposes of creditor payment and submit this declaration for purposes of compelling the trustee to abandon as an asset my Tender Hearts Daycare, a sole proprietorship (hereinafter "Business"), that does not maintain any monetary value for the estate and it would be impracticable for the estate to operate or liquidate.

3. I currently operate my Tender Hearts Daycare. I personally conduct the Business and am the sole employee.

4. The Business maintains a net positive monthly income of approximately $1,363.50 as follows:

    a. Business maintains a gross monthly income of approximately $4,451.50 per month;

    b. Business maintains $3,088.00 in monthly expenses.

5. The Business does not maintain any assets that could be liquidated or sold for a monetary value. The Business does own the following assets, which are personally exempted in the bankruptcy schedules; please see attached Exhibit A.

6. The Business does not maintain any real property

7. The Business does not own any personal property or tools of trade(s) with a monetary value other than stated above.

///

///

1    8.  The only value in the Business is providing Tender Hearts Daycare to my customers.

2    I declare under penalty of perjury, under the laws of the State of California that the

3    foregoing is true and correct.

4

5    Executed on January 5, 2012, in Stockton, California.

6

7                                    /s/ TRACY MACNEIL
                                     TRACY MACNEIL
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27