FILED
January 05, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003995787

ALLAYE CHAN LAW GROUP
Richard Allaye Chan, SBN: 176416
Patricia C. Chapman, SBN: 238097
1000 G Street, Suite 220
Sacramento, CA 95814
Tel: (916) 446-4400

Attorneys for Debtor
TRACY MACNEIL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In re:

TRACY MACNEIL,

        Debtor.

) Case No.: 10-48727
)
) Chapter 7
)
) DCN: RAC - 03
)
)
)
) **EXHIBIT A**
)
)
)
)
) Date: February 7, 2012
) Time: 9:32 a.m.
) Courtroom: 32, 6th Floor
) Honorable Judge Thomas C. Holman
)
)
)
)
)
)

In re  **Tracy MacNeil**                                                        ,   Case No.   __10-48727__
                                     Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on Hand  In Debtor's Possession | C.C.P. § 703.140(b)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Personal Checking - 1345  Location: River City Bank | C.C.P. § 703.140(b)(5) | 300.00 | 300.00 |
| Personal Savings - 5351  Location: River City Bank | C.C.P. § 703.140(b)(5) | 800.00 | 800.00 |
| Personal Checking - 4599  Location: River City Bank | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household furniture, appliances and personal use electronics  In Debtor's Possession  (no individual item over $550 in value) | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous books, DVDs, CDs, framed prints, art  In Debtor's Possession | C.C.P. § 703.140(b)(5) | 150.00 | 150.00 |
| **Wearing Apparel** | | | |
| Miscellaneous women's clothing  In Debtor's Possession | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Costume and fine jewelry  In Debtor's Possession | C.C.P. § 703.140(b)(4) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Roth IRA  Location: Invesco | C.C.P. § 703.140(b)(10)(E) | 14,471.89 | 14,471.89 |
| **Stock and Interests in Businesses** | | | |
| Tender Hearts Daycare  100% Interest in Sole Proprietorship  Business Name - $100.00  Business License - $0.00  Good Will - $400.00  Client List - $250.00  Day Care Supplies and Toys - $500.00 | C.C.P. § 703.140(b)(6) | 1,250.00 | 1,250.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Expected 2009 Federal and State Tax Refund | C.C.P. § 703.140(b)(5) | 800.00 | 800.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

In re  **Tracy MacNeil**                                                      Case No. __**10-48727**__
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Vokswagen Beetle - 39,000 Miles (Good Condition)<br>In Debtor's Daughter's Possession | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,525.00<br>6,027.00 | 12,500.00 |
| 2004 Chevrolet Tahoe LT - 115,000 Miles (Good Condition)<br>In Debtor's Possession | C.C.P. § 703.140(b)(5) | 11,565.00 | 11,565.00 |

                                                                    Total:        41,808.89              44,756.89
Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt